UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON, *et al.*,

    Plaintiffs,

v.                                                Civil Action No. 3:17CV553

CITY OF RICHMOND, VIRGINIA, *et al.*,

    Defendants.

## **DEFENDANTS GLEASON, SIPPLE, AND RUSSELL'S MOTION TO DISMISS**

Defendants Christopher Gleason, Charles Sipple, and Roger Russell (collectively the "Officers"), by counsel, move the Court to dismiss Plaintiffs' claims against them, pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons stated in their accompanying Brief in Support, Plaintiffs Complaint fails to state a claim against the Officers upon which relief can be granted.

WHEREFORE, the Officers respectfully request that this Court grant their motion and dismiss all claims against them with prejudice.

                                            CHRISTOPHER GLEASON, CHARLES SIPPLE,
                                            and ROGER RUSSELL

                                                        */s/*
                                            D. Cameron Beck, Jr. (VSB No. 39195)
                                            Walker Terry (VSB No. 84532)
                                            *Attorneys for Defendants Gleason,*
                                            *Sipple, and Russell*
                                            MCCANDLISH HOLTON
                                            P.O. Box 796
                                            1111 E. Main St., Suite 2100
                                            Richmond, VA 23218
                                            (804) 775-3100 Telephone
                                            (804) 775-3800 Facsimile
                                            cbeck@lawmh.com
                                            wterry@lawmh.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such Filing (NEF) to the following counsel of record:

Mark J. Krudys
The Krudys Law Firm, PLC
Suntrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
(804) 774-7950 Telephone
(804) 381-4458 Facsimile
mkrudys@krudys.com
*Counsel for Plaintiffs*

John Frederick Preis
7719 Rock Creek Road
Henrico, VA 23229
(804) 289-8682 Telephone
jpreis@richmond.edu
*Counsel for Plaintiffs*

Amy L. Austin
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite M
Richmond, VA 23219
(804) 343-1900 Telephone
(804) 343-1901 Facsimile
amyaustinlawyer@gmail.com
*Counsel for Plaintiffs*

Stephen M. Hall
Richard E. Hill, Jr.
Office of the City Attorney
900 E. Broad Street
Richmond, VA 23219
(804) 646-7953 Telephone
(804) 646-7939 Facsimile
Stephen.Hall@richmondgov.com
Richard.HillJr@richmondgov.com
*Counsel for Defendant City of Richmond*

David P. Corrigan
Jeremy D. Capps
M. Scott Fisher, Jr.
Harman Claytor Corrigan & Wellman
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060-9272
(804) 747-5200 Telephone
(804) 747-6085 Facsimile
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Counsel for Defendant Norton*

Jonathan P. Harmon
Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza
800 E. Canal Street
(804) 775-1000 Telephone
(804) 698-2304 Facsimile
jharmon@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Norwood*

Ashley L. Taylor, Jr.
Stephen C. Piepgrass
Brooke K. Conkle
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1286 Telephone
(804) 697-1339 Facsimile
ashley.taylor@troutmansanders.com
stephen.piepgrass@troutmansanders.com
brooke.conkle@troutmansanders.com
*Counsel for Defendants Alston, Corrigan, Harrison, and Blackwell*

And I hereby certify that I will mail a copy of the foregoing by U.S. mail, postage prepaid, to the following non-filing user(s): none.

                    */s/*
D. Cameron Beck, Jr. (VSB No. 39195)
Walker Terry (VSB No. 84532)
*Attorneys for Defendants Gleason, Sipple, and Russell*
MCCANDLISH HOLTON
P.O. Box 796
1111 E. Main St., Suite 2100
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
cbeck@lawmh.com
wterry@lawmh.com