IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRAVETTE JOHNSON and <br> CURTIS WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF RICHMOND, ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:17CV00553 <br> ) <br> ) <br> ) <br> ) |

## CITY OF RICHMOND'S MOTION TO DISMISS

For the reasons stated more fully in the accompanying Memorandum of Law, the City of Richmond asks the Court to dismiss both claims against the City with prejudice under Federal Rule of Civil Procedure 12(b)(6).

Respectfully Submitted,

/s/
Stephen M. Hall, Esquire (VSB #44132)
Deputy City Attorney
Richard E. Hill, Jr., Esquire (VSB #44164)
Assistant City Attorney
900 East Broad Street, Room 400
Richmond, Virginia 23219
Telephone: (804) 646-7953
Facsimile: (804) 646-79396
Email: Stephen.Hall@richmondgov.com
Email: Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>                /s/
> Stephen M. Hall (VSB #44132)
> Deputy City Attorney
> 900 East Broad Street, Room 400
> Richmond, VA  23219
> Telephone:  (804) 646-7953
> Facsimile: (804) 646-7939
> stephen.hall@richmondgov.com
> *Counsel for Defendant City of Richmond*