**Virginia:**

**In the Circuit Court of the City of Richmond, John Marshall Courts Building**

FIPS CODE: 760

Hearing Date: August 17, 2010
Judge: Beverly W. Snukals

COMMONWEALTH OF VIRGINIA

vs.

**BRAVETTE LOUIS JOHNSON**, DEFENDANT

## TRIAL AND SENTENCING ORDER

The defendant came before the Court for trial and appeared, in custody, represented by appointed counsel, **Eliot D. Thompson**, of the Richmond Public Defender's Office. The Commonwealth was represented by **Tanya H. Powell**.

On motion of the Commonwealth, the Court amended the indictment from Possession of a Firearm by a Convicted Felon to *Possession of Ammunition by a Convicted Felon*.

The defendant was arraigned and pled **GUILTY** to the charge(s) of Possession of a Schedule I or II Controlled with Intent to Distribute/2nd or Subsequent Offense and Possession of Ammunition by a Convicted Felon.

The Court, being of the opinion that the defendant fully understood the nature and effect of the plea(s) and of the penalties that may be imposed upon conviction(s) and of the waiver of trial by jury and of appeal, proceeded to hear the evidence without a jury. The Court, upon the stipulation of the evidence by counsel, accepted the Plea Agreement, and found the defendant **GUILTY** of the following offense(s):

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VCC |
|---|---|---|---|---|
| CR10-F-3232 | Possession of a Schedule I or II Controlled with Intent to Distribute/ 2nd or Subsequent Offense (F) | 03/11/10 | 18.2-248(C) | NAR-3038-F9 |
| CR10-F-3234 | Possession of Ammunition by a Convicted Felon (F) | 03/11/10 | 18.2-308.2 | WPN-5298-F6 |

Pursuant to the provisions of §19.2-298.01, the Court has considered and reviewed the applicable discretionary Sentencing Guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.


EXHIBIT A

COMMONWEALTH OF VIRGINIA vs. BRAVETTE LOUIS JOHNSON
PAGE 2 of 3

In accordance with the Plea Agreement, which was filed and made a part of the record, the Court **SENTENCED** the defendant to:

Incarceration with the **Virginia Department of Corrections** for the term of: **10 years** on the charge of Possession of a Schedule I or II Controlled with Intent to Distribute/2nd or Subsequent Offense and **5 years** on the charge of Possession of Ammunition by a Convicted Felon.

The Court **SUSPENDED 8 years** of the 10-year sentence, for a period of 10 years, and **SUSPENDED** the 5-year sentence, for a period of 5 years, upon the following conditions:

**Good Behavior.** The defendant shall be of good behavior.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to §19.2-310.2. No DNA shall be taken if there is a DNA sample already on file for the defendant.

**Supervised Probation.** The defendant shall be placed on probation, under the supervision of a Probation Officer, until released by the Court or by the Probation Officer. The defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling and/or testing as prescribed by the Probation Officer.

**Substance Abuse Assessment.** The defendant shall undergo a substance abuse assessment, pursuant to §18.2-251.01, and shall enter a treatment and/or education program as directed by the Department of Corrections. The defendant shall pay all or part of the costs of the program, including the costs of the screening, assessment, testing, and treatment, based upon his ability to pay.

**Costs.** The defendant shall pay court costs and any interest that may accrue until the balance is paid in full.

**Other.** The Commonwealth will not pursue a show cause violation in the City of Richmond based on these convictions.

**Contraband/Evidence.** The Court ordered the contraband/evidence shall be destroyed by the Richmond Police Department in accordance with the law.

**Departure.** The defendant shall be remanded to custody.

**Credit for Time Served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to §53.1-187.

ENTER: 8-26-10

_____
JUDGE

A Copy
Teste: EDWARD F. JEWETT, CLERK
BY: _____ D.C.

# COMMONWEALTH OF VIRGINIA vs. BRAVETTE LOUIS JOHNSON
## PAGE 3 of 3

## DEFENDANT IDENTIFICATION:

Alias: Unknown
SSN: 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          DOB: 04/24/85          Sex: Male

## SENTENCING SUMMARY:

TOTAL SENTENCE IMPOSED:    15 YEARS
TOTAL SENTENCE SUSPENDED: 13 YEARS