14 F-733
MPS

**VIRGINIA:**

### IN THE CIRCUIT COURT OF THE CITY OF RICHMOND
*(Richmond Metropolitan Multi-jurisdiction Grand Jury)*

January 15, 2014

The Multi-jurisdiction Grand Jury, impaneled from the City of Richmond and the Counties of Chesterfield, Hanover and Henrico charges that:

On or about November 16, 2012 in the City of Richmond and within the jurisdiction of the Multi-jurisdiction Grand Jury, **BRAVETTE LOUIS JOHNSON**, did unlawfully and feloniously distribute a schedule I controlled substance, to-wit: Heroin, within 1000 feet of a school zone, against the peace and dignity of the Commonwealth of Virginia, in violation of

Va. Code 18.2-255.2 A(i)(ii)
VCC: NAR-3027-F6

Officer Justin Hall
City of Richmond Police Department

(✓) A TRUE BILL:

Roy A. West
_____
Foreman

( ) NOT A TRUE BILL:

_____
Foreman

Edward F. Jewett
_____
Clerk

A Copy
Teste: EDWARD F. JEWETT, CLERK
BY: _____ D.C.

EXHIBIT
B