**Virginia:**
**In the Circuit Court of the City of Richmond, John Marshall Courts Building**

FIPS CODE: 760

Hearing Date: **March 18, 2010**
Judge: **Beverly W. Snukals**

COMMONWEALTH OF VIRGINIA

vs.

CURTIS WILLIAMS, DEFENDANT

### SENTENCING ORDER

The defendant came before the Court for sentencing and appeared, in person, represented by appointed counsel, **Wayne Morgan**. The Commonwealth was represented by **Ann Cabell Baskervill**.

On December 11, 2009, the defendant was found guilty of the following offense(s):

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VCC REFERENCE |
|---|---|---|---|---|
| **CR09-F-5022** | **Distribution/Possession of Cocaine with Intent to Distribute (F)** | 07/07/09 | 18.2-248 | NAR-3043-F9 |

The Presentence Report was considered and is ordered filed as a part of the record in accordance with §19.2-299.

Pursuant to §19.2-298.01, the Court has considered and reviewed the applicable discretionary Sentencing Guidelines and the guidelines worksheets. The Sentencing Guidelines, guidelines worksheets, and the written explanation of any departure from the guidelines are ordered filed as a part of the record.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court **SENTENCED** the defendant to:

Incarceration with the **Virginia Department of Corrections** for the term of: **10 years**.

The Court **SUSPENDED 8 years** of the sentence, for a period of **10 years**, upon the following conditions:

**Good Behavior.** The defendant shall be of good behavior.

**DNA Testing.** The defendant shall submit to DNA testing pursuant to §19.2-310.2, as amended. No DNA sample shall be taken if there is a DNA sample already on file for the defendant.

EXHIBIT C

COMMONWEALTH OF VIRGINIA vs. CURTIS WILLIAMS
PAGE 2 of 2

**Substance Abuse Assessment.** The defendant shall undergo a substance abuse assessment, pursuant to §18.2-251.01, and shall enter a treatment and/or education program as directed by the Department of Corrections. The defendant shall pay all or part of the costs of the program, including the costs of the screening, assessment, testing, and treatment, based upon his ability to pay.

**Supervised Probation.** The defendant shall be placed on probation under the supervision of a Probation Officer until released by the Court or by the Probation Officer. The defendant shall comply with all the rules and requirements set by the Probation Officer. Probation shall include substance abuse counseling and/or testing to be monitored or approved by the Probation Officer.

**Costs.** The defendant shall pay the costs of court and any interest that may accrue until the balance is paid in full.

**License Suspension.** The defendant's motor vehicle operator's license shall be suspended for a period of 6 months.

**Contraband/Evidence.** It is ordered the evidence/contraband seized be destroyed by the Richmond Police Department in accordance with the law.

**Departure.** The defendant shall be remanded to custody.

**Credit for Time Served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to §53.1-187.

ENTER: 3-24-10

_Beverly W. Snukals_
JUDGE

A Copy
Teste: EDWARD F. JEWETT, CLERK
BY: _____ D.C.

**DEFENDANT IDENTIFICATION:**

Alias: Unknown
SSN: 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        DOB: 07/05/81        Sex: Male

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED:     10 YEARS
TOTAL SENTENCE SUSPENDED:  8 YEARS