IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON AND
CURTIS WILLIAMS,

  Plaintiffs,

v.                                                    Civil Action No. 3:17-cv-00553-MHL

CITY OF RICHMOND, VIRGINIA,
ET AL,

  Defendants.

## MOTION TO WITHDRAW APPEARANCE
## AS COUNSEL FOR DEFENDANT JASON NORTON

Pursuant to Local Rule 83.1(G), M. Scott Fisher, Jr., respectfully requests that this Court permit him to withdraw as counsel of record for Defendant Jason Norton ("Norton"). Mr. Fisher is leaving the law firm of Harman Claytor Corrigan & Wellman, effective January 12, 2018. Norton will continue to be represented by David P. Corrigan and Jeremy D. Capps of Harman, Claytor, Corrigan & Wellman. A proposed Order granting this Motion is attached as Exhibit A.

                                                                              **JASON NORTON**

                                                                              By Counsel

/s/ _____
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax
sfisher@hccw.com

1

# **C E R T I F I C A T E**

I hereby certify that on the 10th day of January 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 – Fax
sfisher@hccw.com