IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON AND
CURTIS WILLIAMS,

    Plaintiffs,

v.                                   Civil Action No. 3:17-cv-00553-MHL

CITY OF RICHMOND, VIRGINIA,
ET AL,

    Defendants.

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW
## APPEARANCE AS COUNSEL FOR DEFENDANT JASON NORTON

      M. Scott Fisher, Jr. has been a counsel of record for Defendant Jason Norton, along with David P. Corrigan and Jeremy D. Capps of the law firm Harman, Claytor, Corrigan & Wellman. Mr. Fisher is moving to Colorado at the end of the month and will no longer be employed with Harman, Claytor, Corrigan & Wellman effective January 12, 2018. Messrs. Corrigan and Capps will continue to represent Defendant Jason Norton. Accordingly, pursuant to Local Rule 83.1(G), there is good cause to enter the Order attached as Exhibit A to this Motion, permitting Mr. Fisher to withdraw as counsel.

      WHEREFORE, for the foregoing reasons, the undersigned counsel, M. Scott Fisher, Jr., respectfully requests that this Court grant his Motion to Withdraw as Counsel for Defendant Jason Norton.

**JASON NORTON**

By Counsel

/s/
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 – Fax
sfisher@hccw.com

## C E R T I F I C A T E

I hereby certify that on the 10th day of January 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
M. Scott Fisher, Jr.
VSB No. 78485
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 – Fax
sfisher@hccw.com