IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON AND
CURTIS WILLIAMS,

    Plaintiffs,

v.                                      Civil Action No. 3:17-cv-00553-MHL

CITY OF RICHMOND, VIRGINIA,
ET AL,

    Defendants.

## ORDER

Upon consideration of M. Scott Fisher, Jr.'s Motion to Withdraw as Counsel for Defendant Jason Norton and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED. M. Scott Fisher, Jr.'s appearance as counsel for Defendant Jason Norton is hereby withdrawn. David P. Corrigan and Jeremy D. Capps of Harman, Claytor, Corrigan & Wellman shall remain as counsel for Defendant Yvonne Crowder.

So ordered on this 16 day of January, 2018.

/s/ MHL
M. Hannah Lauck
United States District Judge

United States District Court Judge

1