IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON AND
CURTIS WILLIAMS,

  Plaintiffs,

v.                                           Civil Action No. 3:17-cv-00553-MHL

CITY OF RICHMOND, VIRGINIA,
ET AL,

  Defendants.

## MOTION TO WITHDRAW APPEARANCE
## AS COUNSEL FOR DEFENDANT JASON NORTON

Pursuant to Local Rule 83.1(G), M. Scott Fisher, Jr., respectfully requested that this Court permit him to withdraw as counsel of record for Defendant Jason Norton ("Norton"). Mr. Fisher left the law firm of Harman Claytor Corrigan & Wellman, effective January 12, 2018. The Order submitted and signed (ECF #40) was incorrect. Norton will continue to be represented by David P. Corrigan and Jeremy D. Capps of Harman, Claytor, Corrigan & Wellman. An amended proposed Order granting this Motion is attached as Exhibit A.

**JASON NORTON**

By Counsel

/s/
David P. Corrigan
VSB No. 26341
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax
dcorrigan@hccw.com

1

## **C E R T I F I C A T E**

    I hereby certify that on the 19th day of January 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan
VSB No. 26341
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 – Fax
dcorrigan@hccw.com