IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRAVETTE JOHNSON AND
CURTIS WILLIAMS,

  Plaintiffs,

v.                                                  Civil Action No. 3:17-cv-00553-MHL

CITY OF RICHMOND, VIRGINIA,
ET AL,

  Defendants.

## **AMENDED ORDER**

Upon consideration of Defendant Jason Norton's Motion to Amend the Order regarding Counsel's Withdrawal of Appearance and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED.  M. Scott Fisher, Jr.'s appearance as counsel for Defendant Jason Norton is hereby withdrawn.  David P. Corrigan and Jeremy D. Capps of Harman, Claytor, Corrigan & Wellman shall remain as counsel for Defendant Jason Norton.

So ordered on this _____ day of January, 2018.

                                                                  United States District Court Judge