**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

BRAVETTE JOHNSON and
CURTIS WILLIAMS,

                Plaintiffs,

v.                                   Civil Action No. 3:17-CV-00553-MHL

CITY OF RICHMOND, *et al.*,

                Defendants.

## PLAINTIFFS' CONSOLIDATED REQUEST FOR HEARING

Plaintiffs Bravette Johnson and Curtis Williams, by counsel, pursuant to Local Civil Rule 7(E) of the Local Rules for the United States District Court Eastern District of Virginia, hereby respectfully request that a consolidated oral argument before a court reporter be held on the Motions to Dismiss of all Defendants (including the Motion to Dismiss of Defendant Norton (ECF Dkt. No. 11); the Motion to Dismiss of Defendants Gleason, Sipple, and Russell (ECF Dkt. No. 13); the Motion to Dismiss of Defendant Norwood (ECF Dkt. No. 16); Motion to Dismiss of Defendants Alston, Corrigan, Harrison, and Blackwell (ECF Dkt. No. 17); and the Motion to Dismiss of Defendant City of Richmond (ECF Dkt. No. 20)).

Plaintiffs in a related case, *Wilbur Ensley, Covey Andrews, Shamar Archer, Deunte Humphries, and Jamar Gilliam v. City of Richmond, Virginia, et al.,* Civil Action No. 3:17-cv-00024-MHL, have made a similar request for oral argument.  *See Ensley* ECF Dkt. No. 70.

         BRAVETTE JOHNSON and
         CURTIS WILLIAMS


      By: /s/ Mark J. Krudys_____
         Counsel


Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
Web: www.krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
THE LAW OFFICE OF AMY L. AUSTIN, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA 23219
Phone: (804) 343-1900
Fax: (804) 343-1901
Email: amyaustinlawyer@gmail.com

*Counsel for Plaintiffs Bravette Johnson and Curtis Williams*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

                By:  /s/ Mark J. Krudys

                    Mark J. Krudys (VSB# 30718)
                    THE KRUDYS LAW FIRM, PLC
                    SunTrust Center
                    919 E. Main Street, Suite 2020
                    Richmond, VA  23219
                    Phone: (804) 774-7950
                    Fax: (804) 381-4458
                    Email: mkrudys@krudys.com
                    Web: www.krudys.com