**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

BRAVETTE JOHNSON, and
CURTIS WILLIAMS,

    Plaintiffs,

v.             Civil Action No. 3:17-CV-00553-MHL

CITY OF RICHMOND, *et al.*,

    Defendants.

## **STIPULATION OF DISMISSAL**

Plaintiff Bravette Johnson and all the Defendants in this Action, by counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is hereby DISMISSED with prejudice as to the claims of Bravette Johnson only. Each party agrees to bear its own costs and attorney's fees.

This stipulation does not affect the claims of the Co-Plaintiff Curtis Williams.

Date: May 9, 2018

            Respectfully submitted,

            BRAVETTE JOHNSON,

       By:  /s/ Mark J. Krudys
          Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
SunTrust Center
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com

John Frederick Preis (VSB# 45764)
7719 Rock Creek Road
Henrico, VA 23229
Phone: (804) 289-8682
Email: jpreis@richmond.edu

Amy L. Austin (VSB# 46579)
THE LAW OFFICE OF AMY L. AUSTIN, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA 23219
Phone: (804) 343-1900
Fax: (804) 343-1901
Email: amyaustinlawyer@gmail.com
*Counsel for Plaintiffs Bravette Johnson and Curtis Williams*


/s/ Stephen M. Hall, Esq. (with permission)

Richard Earl Hill, Jr., Esq.
Stephen Michael Hall, Esq.
Office of the Richmond City Attorney
900 East Broad Street, Room 400
Richmond, VA 23219
stephen.hall@richmondgov.com
Richard.E.Hill@richmondgov.com
*Counsel for Defendant City of Richmond*


/s/ David P. Corrigan, Esq. (with permission)

David P. Corrigan, Esq.
Jeremy David Capps, Esq.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
dcorrigan@hccw.com; jcapps@hccw.com
*Counsel for Defendant Jason Norton*

/s/ Brian David Schmalzbach, Esq. (with permission)

Brian David Schmalzbach, Esq.
Jonathan Paul Harmon, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
jharmon@mcguirewoods.com
bschmalzbach@mcguirewoods.com
*Counsel for Defendant Bryan T. Norwood*


/s/ Stephen Charles Piepgrass, Esq. (with permission)

Stephen Charles Piepgrass, Esq.
Brooke Kelley Conkle, Esq.
Ashley L. Taylor, Jr., Esq.
TROUTMAN SANDERS LLP
1001 Haxall Point, P.O. Box 1122
Richmond, Virginia 23219
brooke.conkle@troutmansanders.com
stephen.piepgrass@troutmansanders.com
ashley.taylor@troutman.com
*Counsel for Michael Alston, Brian Corrigan, Martin Harrison, and William Blackwell*


/s/ Donald Cameron Beck, Jr., Esq. (with permission)

Charles Walker Terry, Esq.
Donald Cameron Beck, Jr., Esq.
MCCANDLISH HOLTON
P.O. Box 796
Richmond, VA 23218
cbeck@lawmh.com
wterry@lawmh.com
*Counsel for Defendants Christopher Gleason, Charles Sipple, and Roger Russell*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users.

                By:   /s/ Mark J. Krudys_____

                    Mark J. Krudys (VSB# 30718)
                    THE KRUDYS LAW FIRM, PLC
                    SunTrust Center
                    919 E. Main Street, Suite 2020
                    Richmond, VA  23219
                    Phone: (804) 774-7950
                    Fax: (804) 381-4458
                    Email: mkrudys@krudys.com