UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BRAVETTE JOHNSON, et al. | ) | |
|         Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:17CV00553 |
| | ) | |
| CITY OF RICHMOND, et al. | ) | |
|         Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE
## AS COUNSEL FOR DEFENDANT CITY OF RICHMOND

Pursuant to Local Rule 83.1(G), Stephen M. Hall, respectfully requests that this Court permit him to withdraw as counsel of record for Defendant City of Richmond ("City"). Mr. Hall has accepted employment outside the City and will no longer be representing the City in this matter. The City will continue to be represented by Assistant City Attorney Richard E. Hill, Jr. A proposed Order granting this Motion is attached as Exhibit A.

                                              CITY OF RICHMOND,

                                              ___/s/__Stephen M. Hall_____
                                              Stephen M. Hall (VSB #44132)
                                              Deputy City Attorney
                                              Richard E. Hill, Jr. (VSB #44164)
                                              Assistant City Attorney
                                              900 East Broad Street, Room 400
                                              Richmond, Virginia 23219
                                              Telephone: (804) 646-7953
                                              Facsimile: (804) 646-7939
                                              Email: Stephen.Hall@Richmondgov.com
                                              Email: Richard.E.Hill@Richmondgov.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of June 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                ___/s/__Stephen M. Hall_____
                Stephen M. Hall
                Deputy City Attorney
                *Counsel for Defendant City of Richmond*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| BRAVETTE JOHNSON, et al. ) | |
|                    **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 3:17CV00553 |
| ) | |
| CITY OF RICHMOND, et al. ) | |
|                    **Defendants.** ) | |

## ORDER

Upon consideration of Stephen M. Hall's Motion to Withdraw Appearance as Counsel for Defendant City of Richmond and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED. Stephen M. Hall's appearance as counsel for the Defendant City of Richmond is hereby withdrawn. Assistant City Attorney Richard E. Hill, Jr. shall remain as counsel for the Defendant City of Richmond.

So ordered on this \_\_\_\_\_ day of June 2018.

_____
United States District Court Judge