# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **BRAVETTE JOHNSON, et al.** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:17CV00553 |
| | ) | |
| **CITY OF RICHMOND, et al.** | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Stephen M. Hall's Motion to Withdraw Appearance as Counsel for Defendant City of Richmond and for good cause shown, it is hereby ORDERED that the Motion to Withdraw is GRANTED. Stephen M. Hall's appearance as counsel for the Defendant City of Richmond is hereby withdrawn. Assistant City Attorney Richard E. Hill, Jr. shall remain as counsel for the Defendant City of Richmond.

So ordered on this 14 day of June 2018.

/s/
M. Hannah Lauck
United States District Judge

_____
United States District Court Judge