IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRAVETTE JOHNSON,** *et al.,*

    **Plaintiffs,**

v.                                  Civil Action No. 3:17cv553

**CITY OF RICHMOND,** *et al.,*

    **Defendants.**

## ORDER

For the reasons stated in the forthcoming Memorandum Opinion the Court:

(1) DENIES WITHOUT PREJUDICE Norton's Motion to Dismiss as to Count II, (ECF No. 11);

(2) GRANTS Norton's Motion to Dismiss as to Counts I, III, and VIII, (ECF No. 11);

(3) GRANTS the 2009–2013 Supervisory Defendants' Motion to Dismiss, (ECF No. 17);

(4) GRANTS Richmond's Motion to Dismiss, (ECF No. 20);

(5) GRANTS Norwood's Motion to Dismiss, (ECF No. 16); and

(6) GRANTS the 2008–2011 Supervisory Defendants' Motion to Dismiss, (ECF No. 13).

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 9/30/2018
Richmond, Virginia